# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA PACHECO, | Case No. 2:18-cv-00523-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 4) |
| BANK OF AMERICA, N.A., et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Bank of America, N.A.'s notice of settlement. Docket No. 4. The Court **ORDERS** these parties to file a stipulation of dismissal no later than June 26, 2018.

IT IS SO ORDERED.

DATED: April 27, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge